**Samuel W. ODOM, Appellant,**

v.

**The S. S. MONARCH OF THE SEAS, her boilers, engines, tackle, apparel and furniture, and Waterman Steamship Corporation, Appellees.**

No. 20106.

United States Court of Appeals Fifth Cricuit.

Oct. 15, 1963.

Michael J. Salmon, Mobile, Ala., for appellant.

T. K. Jackson, Jr., W. Boyd Reeves, Mobile, Ala., for appellees.

Before RIVES and JONES, Circuit Judges, and DAWKINS, Jr., District Judge.

PER CURIAM.

Since the entry of the judgment of the district court from which this appeal was taken, this Court decided the case of Flowers v. Savannah Machine & Foundry Co., 5th Cir., 1962, 310 F.2d 135. The factual situation here presented is not materially different from that which was present in Flowers. We adhere to the decision there made with the result that the judgment of the district court must be reversed and the cause remanded.

Reversed and remanded.

**Freda OELBAUM, Plaintiff-Appellant,**

v.

**The LOVABLE COMPANY, Defendant-Appellee.**

No. 32, Docket 28196.

United States Court of Appeals Second Circuit.

Argued Oct. 8, 1963.

Decided Oct. 8, 1963.

Herbert Prashker, New York City (Poletti, Freidin, Prashker & Harnett and Abbey L. Boklan, New York City, on the brief), for plaintiff-appellant.

Henry R. Lerner, New York City (Levisohn, Niner & Levisohn and Edwin Levisohn, New York City, on the brief), for defendant-appellee.

Before CLARK, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM.

We affirm District Judge Levet's judgment for defendant in open court. D.C., 211 F.Supp. 594.